IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN O. WILLIAMS,

    Petitioner,

v.                                                                4:20cv268–WS/HTC

MARK S. INCH,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed June 9, 2020. The magistrate judge recommends that Petitioner's "Motion for Relief in Judgment" be DISMISSED. Petitioner has filed objections (ECF No. 8) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the undersigned has determined that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

2. Claims one (1) through seven (7) and claim ten of Petitioner's "Motion for Relief in Judgment" (ECF No. 1) are DISMISSED as unauthorized successive claims.

3. Claims eight (8) and nine (9) are construed as a motion under Federal Rule of Civil Procedure 60(b)(6) and are DISMISSED without prejudice to Petitioner's filing a motion raising those same grounds for relief in Case No. 4:14cv629–RH.

4. The clerk shall enter judgment stating: "Petitioner's "Motion for Relief in Judgment" is DISMISSED."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ___12th___ day of ___November___, 2020.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE.